UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20CR00363 JAR |
| ) | |
| O.D. WHITE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation and Order of United States Magistrate Judge Nannette A. Baker (ECF No. 72). On October 5, 2021, Defendant White filed a Motion to Suppress Evidence (ECF No. 49). An evidentiary hearing was held on November 17, 2021. Magistrate Judge Baker recommends the Court deny Defendant's Motion to Suppress Evidence.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Nannette A. Baker, who filed a Report and Recommendation on April 1, 2022 (ECF No. 72). Defendant White filed objections to the Report and Recommendation and Order on April 21, 2022 (ECF No. 75), and the Government thereafter filed a Response in Opposition to Defendant's Objections on April 27, 2022 (ECF No. 78). Defendant White summarily states that he objects to several conclusions drawn by Magistrate Judge Baker, but fails to provide any factual basis for his position. The Court finds that the

Magistrate Judge's conclusions are supported by the evidence, and Defendant White's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Suppress Evidence be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation and Order of the United States Magistrate Judge [72] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence [49] is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is scheduled for **Jury Trial** on **June 13, 2022 at 9:00 a.m.** in Courtroom 12 North.

Dated this 28th day of April, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE